UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMCC 2007-CIBC19 MICHIGAN
PROPERTIES, LLC,

    Plaintiff,

v.

OSPREY EAST HOLDINGS MI, LLC,
and OSPREY EAST HOLDINGS MI-II, LLC,

    Defendants.
_____/

Case Number 18-10045
Honorable David M. Lawson

### ORDER DENYING INTERIM FEE APPLICATIONS WITHOUT PREJUDICE AND DIRECTING RECEIVER TO FILE CONSOLIDATED FINAL FEE APPLICATION

On February 15, 2019, based on a stipulation submitted by the parties, the Court issued an order terminating the receivership and directing the receiver to "file his final report, and his application for authorization of any outstanding fees and final disbursement of funds, on or before April 16, 2019." Order Terminating Receivership, ECF No. 58, PageID.1659. However, rather than complying with that direction, the Receiver proceeded to file five new "interim" fee applications covering various months from September 2018 through February 2019. The Court will deny those applications without prejudice to renewal of the requests for reimbursement by way of a proper consolidated final fee application.

Accordingly, it is **ORDERED** that the Receiver's interim fee applications (ECF No. 62-66) are **DENIED** without prejudice.

It is further **ORDERED** that the Receiver must file his final report and a single consolidated application for authorization of any outstanding fees and final disbursement of funds **on or before May 15, 2019**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date: April 15, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 15, 2019.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI

---